Amanda L. Groves (SBN: 187216)
agroves@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Shawn R. Obi (SBN: 288088)
sobi@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendants
NBTY, INC. AND
UNITED STATES NUTRITION, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GATES AND CARLOS SOLIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NBTY, INC., and UNITED STATES NUTRITION, INC.,<br><br>Defendants. | Case No. 16CV2090-AJB-WVG<br>Pleading Type: Class Action<br><br>**DEFENDANTS NBTY, INC. AND UNITED STATES NUTRITION, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Hearing Date: December 8, 2016<br>Time: 2:00 p.m.<br>Courtroom: 3B<br>Judge: Hon. Anthony J. Battaglia<br><br>Action Filed: August 18, 2016 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on December 8, 2016 at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 3B of the above-entitled court, located at 221 West Broadway, San Diego, California, 92101, Defendants NBTY, Inc., and its subsidiary United States Nutrition, Inc. (together, "Defendants") will and hereby do move the Court to dismiss Plaintiffs Matthew Gates and Carlos Solis' Complaint with prejudice pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure.  This Motion is made on the grounds that Plaintiffs cannot state a claim upon which relief can be granted and lack Article III standing with respect to each of their claims for relief in this action.

This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities in support of the Motion filed concurrently herewith, the Request for Judicial Notice in support of the Motion filed concurrently herewith, the record in this action, and any evidence and argument that may be presented at or before the hearing.

Dated:  September 9, 2016                              WINSTON & STRAWN LLP


                                                  By:  */s/ Amanda L. Groves*
                                                       Amanda L. Groves
                                                       Attorneys for Defendant
                                                       NBTY, INC. AND
                                                       UNITED STATES NUTRITION, INC.